# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Concert Technologies, Inc. ) ASBCA No. 60932
)
Under Contract No. W912DY-13-F-0399 )

APPEARANCE FOR THE APPELLANT: Lauren E. Travis, Esq.
Counsel

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Steven W. Feldman, Esq.
C. Clay Weisenberger, Esq.
Engineer Trial Attorneys
U.S. Army Engineering and Support Center
Huntsville, AL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 March 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60932, Appeal of Concert Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals